

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00279-CV

Abdul H. **NUBANI**,
Appellant

v.

**COUNTY OF GUADALUPE** and Randall R. Smidt,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 2011-2202-CV
The Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the joint motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against appellant.

SIGNED August 19, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice